UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

v.                              :   Criminal No. 3:07CR31(AHN)

PHILIP D. RUSSELL               :

## PROTECTIVE ORDER
## REGARDING CERTAIN DISCOVERY AND JENCKS ACT MATERIAL

By motion, the Government requests that the Court enter a protective order concerning the certain discovery and Jencks Act material that it will disclose prior to and in connection with the trial in the captioned case. The Government intends to provide defense counsel with certain Giglio material and any statements and reports, including grand jury testimony, of its witnesses as required by the Jencks Act, 18 U.S.C. § 3500. The defendant does not object to the Court granting the Government's motion and entering this order.

The Government's motion is granted and defense counsel is ordered not to disclose to any one other than their client the contents of the Government's Giglio disclosure and a witness' Jencks Act material, except when court is in session concerning this case.

SO ORDERED this 5 day of ~~February~~/March 2007, at ~~New Haven~~ Bridgeport, Connecticut.

_____
ALAN H. NEVAS
SENIOR UNITED STATES DISTRICT JUDGE